United States District Court
Southern District of Texas
**ENTERED**
June 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BRIAN C. FRANKENFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-059 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Brian Frankenfield filed a Complaint (Doc. 1) against the United States and "Others Unknown," but did not pay the filing fee or request to proceed in forma pauperis. On April 1, 2025, the Clerk of Court mailed Frankenfield a Notice of Deficient Pleading, giving him 30 days to correct this deficiency. (Notice, Doc. 12) He failed to pay the fee or file a motion to proceed in forma pauperis within the indicated deadline.

A Magistrate Judge recommends the dismissal of the Complaint without prejudice for want of prosecution. (R&R, Doc. 15) The record demonstrates that on May 12, the Report and Recommendation was delivered to the detention center where Frankenfield is detained. (See Receipt, Doc. 17) No party filed objections to the Report and Recommendation, and the Court finds no plain error within it. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 15). It is:

**ORDERED** that Plaintiff Brian Frankenfield's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

The Clerk of Court is directed to close this matter.

Signed on June 16, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge